BIll MALONE, Appellant,

v.

The STATE of Texas, Appellee.

No. 28296.

Court of Criminal Appeals of Texas.

May 2, 1956.

Sammie Lee MYRTLEDOVE, Appellant,

v.

The STATE of Texas, Appellee.

No. 28308.

Court of Criminal Appeals of Texas.

May 2, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The unlawful possession of whisky for sale in a dry area is the offense, with a prior conviction for an offense of like character. The punishment is assessed at a fine of $400.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular. Nothing is presented for review.

The judgment is affirmed.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Drunken driving is the offense; the punishment, a fine of $75 and three days' confinement in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular. Nothing is presented for review.

The judgment is affirmed.